BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:20-cr-00001-TMB-MMS |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) SEX TRAFFICKING OF A MINOR |
| vs. | )    Vio. 18 U.S.C. § 1591(a)(1) |
| KASTEN DON JEREMIAH WALLONA, a/k/a "kasten wallona," | ) <u>COUNT 2, 4</u>: |
| | ) ATTEMPTED COERCION AND |
| | ) ENTICEMENT OF A MINOR |
| Defendant. | )    Vio. 18 U.S.C. § 2422(b) |
| | ) <u>COUNT 3</u>: |
| | ) ATTEMPTED PRODUCTION OF |
| | ) CHILD PORNOGRAPHY |
| | )    Vio. of 18 U.S.C. § 2251(a),(e) |
| | ) <u>COUNT 5</u>: |
| | ) ATTEMPTED RECEIPT OF CHILD |
| | ) PORNOGRAPHY |
| | )    Vio. of 18 U.S.C. § 2252(a)(2), (b)(1) |

|                                      | ) | COUNT 6:                          |
|                                      | ) | ATTEMPTED POSSESSION OF CHILD    |
|                                      | ) | PORNOGRAPHY                       |
|                                      | ) |   Vio. 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |
|                                      | ) |                                   |
|                                      | ) | COUNT 7:                          |
|                                      | ) | TRANSFER OF OBSCENE MATERIAL     |
|                                      | ) | TO A MINOR                        |
|                                      | ) |   Vio. 18 U.S.C. § 1470 |
|                                      | ) |                                   |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Between on or about June 19, 2019, and on or about June 27, 2019, in the District of Alaska, in and affecting interstate commerce, the defendant, KASTEN DON JEREMIAH WALLONA, a/k/a/ "kasten wallona," did knowingly recruit, entice, obtain, patronize, and solicit by any means, a person, to wit: "A.C.," having had a reasonable opportunity to observe the person, and knowing and in reckless disregard that the person had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

All of which is in violation of 18 U.S.C. § 1591(a)(1).

## COUNT 2

Between on or about June 19, 2019, and on or about June 27, 2019, in the District of Alaska, the defendant, KASTEN DON JEREMIAH WALLONA, a/k/a/ "kasten wallona," did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce a minor, to wit: "A.C.," an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be

charged with a criminal offense, including, but not limited to, Sexual Abuse in the First Degree, in violation of Alaska Statute 11.41.436(a)(1), and Sex Trafficking of a Minor, in violation of 18 US.C. § 1591(a)(1).

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 3

On or about July 6, 2019, in the District of Alaska, the defendant, KASTEN DON JEREMIAH WALLONA, a/k/a/ "kasten wallona," did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, to wit: "D.T.," with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

On or about July 6, 2019, in the District of Alaska, the defendant, KASTEN DON JEREMIAH WALLONA, a/k/a/ "kasten wallona," did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce a minor, to wit: "D.T.," an individual who he knew had not attained the age of 18 years, to engage in any

sexual activity for which any person can be charged with a criminal offense, including, but not limited to, Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 5

On or about July 6, 2019, in the District of Alaska, the defendant, KASTEN DON JEREMIAH WALLONA, a/k/a/ "kasten wallona," did knowingly attempt to receive, by any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, a visual depiction of a minor engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct.

All of which is in violation of 18 U.S.C. § 2252(a)(2), (b)(1).

## COUNT 6

On or about July 6, 2019, in the District of Alaska, the defendant, KASTEN DON JEREMIAH WALLONA, a/k/a/ "kasten wallona," did knowingly attempt to possess, any computer disk, and any other material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8)(a), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

//

## COUNT 7

On or about July 6, 2019, in the District of Alaska, the defendant, KASTEN DON JEREMIAH WALLONA, a/k/a/ "kasten wallona," did, using any facility and means of interstate and foreign commerce, knowingly transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such individual has not attained the age of 16 years.

All of which is in violation of 18 U.S.C. § 1470.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE: 01/21/2020