# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED USMS D-AK
01/29/2021

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 3:20-CR-00001-TMB-MMS |
| vs. ) | |
| KASTEN DON JEREMIAH WALLONA ) | FID: 11065978 |
| *Defendant* | WARRANT: 2106-0129-0343-D |
| | ENTERED NCIC: YES |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KASTEN DON JEREMIAH WALLONA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of Supervised Release

Date: January 29, 2021

s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 01-29-2021, and the person was arrested on *(date)* 01-29-2021
at *(city and state)* ANCHORAGE, AK.

Date: _____

*Arresting officer's signature*

Jimmy Johnson SDUSM
*Printed name and title*